UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DE'ANGELO WILSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:18-CV-612 JMB |
| | ) |
| JAY CASSADY, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Petitioner moves for leave to proceed in forma pauperis in this action brought pursuant to 28 U.S.C. § 2254. Upon review of the financial information, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** petitioner's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**.

Dated this 18th day of April, 2018.

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE